# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | |
| Alyssa Michelle Schulz and<br>Ryan Frank Schulz, | Case No. 23-50278<br>Chapter 13 |
| Debtors. | |

Ryan Frank Schulz and
Alyssa Michelle Schulz,

        Plaintiffs,

v.                                                                              Adv. Proc. No. 25-05004

LeMieux Properties, LLC,

        Defendant.

## ORDER REGARDING ATTORNEY

      The Plaintiffs commenced this case on March 28, 2025. ECF No. 1. On April 30, 2025, Ryan LeMieux and Julie LeMieux filed an answer, signing their response as "Owner," purportedly of Defendant LeMieux Properties, LLC. ECF No. 4. The response states "[w]e are not lawyers nor have we had any experience with understanding the Bankruptcy Code." An entity must be represented by an attorney as required by 28 U.S.C. § 1654, Local Rule 83.5(a) of the United States District Court, and Local Rule 9010-2 of this court. As nonlawyers, Ryan LeMieux and Julie LeMieux cannot represent the Defendant.

      Therefore, based on the record,

**IT IS ORDERED:**

1. The response of Ryan LeMieux and Julie LeMieux will be stricken on **May 12, 2025** if the Defendant LeMieux Properties, LLC has not appeared by an attorney.

Dated: *May 5, 2025*

**BY THE COURT:**

s/ William J. Fisher
William J. Fisher
United States Bankruptcy Judge