UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | |
| Alyssa Michelle Schulz and | Case No. 23-50278 |
| Ryan Frank Schulz, | Chapter 13 |
| Debtors. | |
| _____ | |
| Ryan Frank Schulz and | |
| Alyssa Michelle Schulz, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 25-05004 |
| LeMieux Properties, LLC, | |
| Defendant. | |

_____

## ORDER STRIKING ANSWER
_____

     On May 5, 2025, the Court ordered the Defendant to appear by an attorney by May 12, 2025 or the answer, ECF No. 4, would be stricken. ECF No. 5. No attorney has appeared in this case for the Defendant. As nonlawyers, Ryan LeMieux and Julie LeMieux cannot represent the Defendant. Therefore, based on the record,

**IT IS ORDERED:**

1. The answer filed by Ryan LeMieux and Julie LeMieux is STRICKEN.

**BY THE COURT:**

Dated: May 13, 2025

    s/ William J. Fisher
William J. Fisher
United States Bankruptcy Judge

Schulz,
    Plaintiff

LeMieux Properties, LLC,
    Defendant

Adv. Proc. No. 25-05004-WJF

# CERTIFICATE OF NOTICE

District/off: 0864-5     User: admin     Page 1 of 2
Date Rcvd: May 13, 2025     Form ID: pdf111     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Judi C Moss, DOJ-Ust, 300 South 4th Street, Room 2110, Minneapolis, MN 55415-1320 |
| pla | + | Alyssa Michelle Schulz, 600 Lindberg Drive North West Trailer C4, Little Falls, MN 56345-1263 |
| | + | LeMieux Properties, PO Box 2155, Maple Grove, MN 55311-7155 |
| dft | | LeMieux Properties, LLC, 3570 Grove Drive, #357, Maple Grove, MN 55311 |
| pla | + | Ryan Frank Schulz, 600 Lindberg Drive North West Trailer C4, Little Falls, MN 56345-1263 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | May 13 2025 21:13:00 | Daniel M McDermott, United States Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | May 13 2025 21:14:00 | James L. Snyder, 210 Walnut Street, Room 793, Des Moines, IA 50309-2106 |
| ust | + | Email/Text: ashley.wieck@usdoj.gov | May 13 2025 21:14:00 | L. Ashley Wieck, Office of the United States Trustee, Department of Justice, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2106 |
| ust | ^ | MEBN | May 13 2025 21:11:44 | Laddy Janovsky, DOJ-Ust, 1015 US Courthouse, 300 South Fourth Street, Ste 1015, Minneapolis, MN 55415-3070 |
| ust | ^ | MEBN | May 13 2025 21:11:25 | Nissa L Atkinson, 1015 US Courthouse, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | May 13 2025 21:13:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | May 13 2025 21:14:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:

**Name** **Email Address**

Mark L Vavreck
on behalf of Plaintiff Alyssa Michelle Schulz mark@vavrecklaw.com  nshirk@vavrecklaw.com

Mark L Vavreck
on behalf of Plaintiff Ryan Frank Schulz mark@vavrecklaw.com  nshirk@vavrecklaw.com

TOTAL: 2