

| | |
|---|---|
| Randall L. Seaver, Trustee<br>PO Box 1167<br>Burnsville, MN 55337 | Invoice Date: March 20, 2025<br>Invoice Number: 822332<br>Matter Number: 66549.000029<br>Billing Attorney: MRB<br>Client #: 66549 |

*Summary of Professional Services as of* **February 28, 2025**

**Client:** Randall L. Seaver, Trustee
**Matter:** Clinton Curtis Lugert

| | |
|---|---|
| Total Fees | $ 38,539.00 |
| Total Disbursements | $ 787.98 |
| Total Due This Invoice | $ 39,326.98 |

**Please Remit to:**

*Moss & Barnett*
*Attn: Accounting*
*150 South Fifth Street, Suite 1200*
*Minneapolis, MN 55402*
*Phone: 612-877-5000*
*Federal Tax ID:*
**(Please reference the Invoice Number on your remittance.)**

EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| **Randall L. Seaver, Trustee** | | | Invoice Date:<br>Invoice Number:<br>Matter Number:<br>Billing Attorney: | | March 20, 2025<br>822332<br>66549.000029<br>MRB |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/23 | Burton, Matthew R. | Telephone call with client and review Lugert records. | 0.30 | 525.00 | 157.50 |
| 12/20/23 | Burton, Matthew R. | Work on objection to homestead exemption. | 1.00 | 525.00 | 525.00 |
| 12/21/23 | Burton, Matthew R. | Review file and initiate process to get 1st meeting audio; email to client regarding odd transactions. | 1.10 | 525.00 | 577.50 |
| 12/21/23 | Kasheimer, Brandi J. | Prepare motion exempting to claimed exemption. | 1.50 | 180.00 | 270.00 |
| 12/22/23 | Burton, Matthew R. | Review new documents. | 0.20 | 525.00 | 105.00 |
| 12/26/23 | Burton, Matthew R. | Analyze debtor's records for avoidance purposes and correspond with client regarding the same. | 0.60 | 525.00 | 315.00 |
| 12/28/23 | Burton, Matthew R. | Review motion objecting to claimed exemption and telephone call with client. | 0.50 | 525.00 | 262.50 |
| 01/20/24 | Seaver, Randall L. | Work on motion to compel. | 1.00 | 550.00 | 550.00 |
| 01/22/24 | Kasheimer, Brandi J. | Prepare motion to compel debtor to file complete and accurate schedules; prepare exhibits. | 2.50 | 180.00 | 450.00 |
| 01/22/24 | Burton, Matthew R. | Review and edit motion regarding schedules including review of schedules. | 0.70 | 525.00 | 367.50 |
| 01/22/24 | Kasheimer, Brandi J. | Review 341 meeting audio. | 0.60 | 180.00 | 108.00 |
| 01/22/24 | Seaver, Randall L. | Revisions to motion. | 1.50 | 550.00 | 825.00 |
| 01/23/24 | Kasheimer, Brandi J. | Review client emails and apply revisions to motion to compel; pull relevant bank account statements and email to client; finalize motion; file motion with bky court and serve (x3). | 0.40 | 180.00 | 72.00 |
| 01/23/24 | Seaver, Randall L. | Final revision to motions. | 1.30 | 550.00 | 715.00 |
| 01/24/24 | Kasheimer, Brandi J. | Emails wit UST's office; upload debtor documents to secure portal. | 0.10 | 180.00 | 18.00 |
| 01/24/24 | Kasheimer, Brandi J. | Correspond with Veritext to request 341 meeting transcript; submit audio and meeting details to Veritext via their secure portal. | 0.20 | 180.00 | 36.00 |
| 01/26/24 | Burton, Matthew R. | Review amended schedules. | 0.10 | 525.00 | 52.50 |
| 01/29/24 | Burton, Matthew R. | Telephone call with client; review 1st meeting transcript; consider motion objecting to homestead exemption; work on Rule 2004 motion | 1.00 | 525.00 | 525.00 |

**Randall L. Seaver, Trustee**

| | | | Invoice Date: | March 20, 2025 |
| --- | --- | --- | --- | --- |
| | | | Invoice Number: | 822332 |
| | | | Matter Number: | 66549.000029 |
| | | | Billing Attorney: | MRB |

| Date | Name | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 01/29/24 | Kasheimer, Brandi J. | Prepare rule 2004 motion. | 1.00 | 180.00 | 180.00 |
| 01/30/24 | Burton, Matthew R. | Telephone call with client. | 0.10 | 525.00 | 52.50 |
| 01/30/24 | Burton, Matthew R. | Work on 2004 motion. | 0.20 | 525.00 | 105.00 |
| 02/02/24 | Muth, Rainey C. | Research the rules on how to effectively serve process on the United States Postal Service, and prepare email correspondence regarding the same. | 0.50 | 300.00 | 150.00 |
| 02/02/24 | Kasheimer, Brandi J. | Prepare turnover motion of documents from USPS and Anytime Mailbox; search proper service addresses. | 2.40 | 180.00 | 432.00 |
| 02/02/24 | Burton, Matthew R. | Telephone call with client; review 2004 motion and direct turnover motion. | 1.00 | 525.00 | 525.00 |
| 02/03/24 | Seaver, Randall L. | Review turnover motion. | 0.20 | 550.00 | 110.00 |
| 02/05/24 | Kasheimer, Brandi J. | Apply final edits to 2004 motion; finalize/file/serve motion. | 0.60 | 180.00 | 108.00 |
| 02/06/24 | Kasheimer, Brandi J. | Finalize turnover motion and file with bky court; prepare service letters and serve (x7). | 0.60 | 180.00 | 108.00 |
| 02/07/24 | Kasheimer, Brandi J. | Call with Violetta Crooks re motion for examination of entities. | 0.20 | 180.00 | 36.00 |
| 02/12/24 | Kasheimer, Brandi J. | Email to UST requesting audio of second 341 meeting; review audio upon receipt; email to client. | 0.50 | 180.00 | 90.00 |
| 02/12/24 | Kasheimer, Brandi J. | Email to Veritext requesting transcript of second 341 meeting; upload audio and supporting documents to secure portal. | 0.20 | 180.00 | 36.00 |
| 02/16/24 | Burton, Matthew R. | Initial review of 341 transcript. | 0.20 | 525.00 | 105.00 |
| 02/18/24 | Seaver, Randall L. | Review transcript and work on supplement. | 1.00 | 550.00 | 550.00 |
| 02/19/24 | Burton, Matthew R. | Review client notes regarding second motion; edit supplemental response. | 0.30 | 525.00 | 157.50 |
| 02/19/24 | Kasheimer, Brandi J. | Review client email and prepare a supplemental memorandum re motion to compel; prepare exhibits; email to court re filing event limitations. | 0.90 | 180.00 | 162.00 |
| 02/20/24 | Burton, Matthew R. | Draft turnover motion for deposit. | 0.40 | 525.00 | 210.00 |
| 02/20/24 | Kasheimer, Brandi J. | Follow up email to court; finalize memorandum in support of motion to compel; file with bky court; serve (x4) | 0.30 | 180.00 | 54.00 |
| 02/20/24 | Kasheimer, Brandi J. | Prepare turnover motion re residential lease deposit; fwd to client. | 0.50 | 180.00 | 90.00 |

| | | | Invoice Date: | | March 20, 2025 |
| | | | Invoice Number: | | 822332 |
| | | | Matter Number: | | 66549.000029 |
| | | | Billing Attorney: | | MRB |

**Randall L. Seaver, Trustee**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/23/24 | Kasheimer, Brandi J. | Review returned mail as to turnover motion directed to USPS; call to USPS to obtain accurate address for Postmaster Johnson; prepare service letter and reserve turnover motion. | 0.30 | 180.00 | 54.00 |
| 02/27/24 | Kasheimer, Brandi J. | Prepare revised order re turnover motion. | 0.20 | 180.00 | 36.00 |
| 02/28/24 | Kasheimer, Brandi J. | Prepare letter to Realty ONE Group Choice re Mpls rent payments; email to client for review; mail. | 0.40 | 180.00 | 72.00 |
| 02/28/24 | Burton, Matthew R. | Review and edit letter to One Group. | 0.20 | 525.00 | 105.00 |
| 02/28/24 | Seaver, Randall L. | Draft demand letter for rents. | 0.20 | 550.00 | 110.00 |
| 03/04/24 | Burton, Matthew R. | Telephone call with client and research homestead issues. | 1.00 | 525.00 | 525.00 |
| 03/05/24 | Burton, Matthew R. | Work on homestead exemption and telephone call with client. | 0.60 | 525.00 | 315.00 |
| 03/05/24 | Kasheimer, Brandi J. | Prepare motion for examination of USPS; send to client for review. | 1.30 | 180.00 | 234.00 |
| 03/05/24 | Reinarz, Donna M. | Discuss project with B. Kasheimer; obtain certificate of title and copy of notice. | 0.20 | 180.00 | 36.00 |
| 03/19/24 | Kasheimer, Brandi J. | Review correspondence from USPS regarding turnover motion; review file for rule 2004 motion status; email to client regarding same. | 0.30 | 180.00 | 54.00 |
| 03/19/24 | Burton, Matthew R. | Review UST complaint and email to client. | 0.10 | 525.00 | 52.50 |
| 03/29/24 | Burton, Matthew R. | Work on exemption objection. | 1.00 | 525.00 | 525.00 |
| 04/01/24 | Burton, Matthew R. | Review final version of motion. | 0.10 | 525.00 | 52.50 |
| 04/01/24 | Seaver, Randall L. | Review and correlate documents and information re leases. | 1.10 | 550.00 | 605.00 |
| 04/02/24 | Kasheimer, Brandi J. | Review lease documents and Capital One check records; redline draft motion for turnover and email to MRB for review. | 0.70 | 180.00 | 126.00 |
| 04/03/24 | Burton, Matthew R. | Work on exemption objections. | 2.40 | 525.00 | 1,260.00 |
| 04/03/24 | Kasheimer, Brandi J. | Work on memorandum for motion objecting to claimed exemption. | 1.50 | 180.00 | 270.00 |
| 04/03/24 | Busch, Kevin M. | Examine issues related to homestead exemption claim. | 0.20 | 720.00 | 144.00 |
| 04/03/24 | Seaver, Randall L. | Review payments and receipts for recoveries and objection. Work on objections. | 4.00 | 550.00 | 2,200.00 |
| 04/04/24 | Kasheimer, Brandi J. | Continue working on motion objecting to claimed exemptions. | 1.00 | 180.00 | 180.00 |

**Randall L. Seaver, Trustee**

| | | | | | |
|---|---|---|---|---|---|
| | | | Invoice Date: | | March 20, 2025 |
| | | | Invoice Number: | | 822332 |
| | | | Matter Number: | | 66549.000029 |
| | | | Billing Attorney: | | MRB |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/24 | Burton, Matthew R. | Telephone call with client X 2; review motion documents. | 0.60 | 525.00 | 315.00 |
| 04/04/24 | Seaver, Randall L. | Work on objections. | 3.50 | 550.00 | 1,925.00 |
| 04/05/24 | Burton, Matthew R. | Work on exemption objections/motion. | 2.50 | 525.00 | 1,312.50 |
| 04/05/24 | Seaver, Randall L. | Objection Revisions. | 3.80 | 550.00 | 2,090.00 |
| 04/06/24 | Seaver, Randall L. | Revisions to objections. | 0.80 | 550.00 | 440.00 |
| 04/07/24 | Seaver, Randall L. | Revisions to moving documents. | 2.00 | 550.00 | 1,100.00 |
| 04/08/24 | Seaver, Randall L. | Memo revisions. | 1.00 | 550.00 | 550.00 |
| 04/08/24 | Burton, Matthew R. | Edits to Memo and Notice. | 0.40 | 525.00 | 210.00 |
| 04/09/24 | Kasheimer, Brandi J. | Finalize motion objecting to claimed exemptions and file with bky court; prepare service letter and serve (x4). | 0.50 | 180.00 | 90.00 |
| 04/17/24 | Burton, Matthew R. | Telephone call with client regarding case status; review motion response and legal research on adequacy of response. | 0.50 | 525.00 | 262.50 |
| 04/19/24 | Muth, Rainey C. | Research case law discussing the requirements for a proper response to a motion objecting to claimed exemptions for purposes of preparing Trustee's response to the same. | 1.10 | 300.00 | 330.00 |
| 04/19/24 | Burton, Matthew R. | Consider reply to Lugert response. | 0.30 | 525.00 | 157.50 |
| 04/22/24 | Burton, Matthew R. | Preparation for motion. | 0.80 | 525.00 | 420.00 |
| 04/22/24 | Muth, Rainey C. | Research Minnesota/8th Circuit case law for the burden shifting requirements regarding claims of exemptions for purposes of preparing Trustee's response to Debtor. | 2.00 | 300.00 | 600.00 |
| 04/23/24 | Seaver, Randall L. | Prepare for and attend hearing. | 0.80 | 550.00 | 440.00 |
| 04/23/24 | Burton, Matthew R. | Telephone call with client and attend hearing; telephone call with Nathan Hansen. | 0.80 | 525.00 | 420.00 |
| 05/10/24 | Burton, Matthew R. | Work on scheduling hearing. | 0.10 | 525.00 | 52.50 |
| 05/21/24 | Kasheimer, Brandi J. | Review client notes and documents; search debtor's business entity; research business entity registered office address; prepare turnover motion. | 1.50 | 180.00 | 270.00 |
| 05/21/24 | Seaver, Randall L. | Review and compile documents. Prepare turnover draft. | 1.00 | 550.00 | 550.00 |
| 05/28/24 | Burton, Matthew R. | Telephone call with client regarding case needs. | 0.20 | 525.00 | 105.00 |
| 05/31/24 | Burton, Matthew R. | Work on subpoenas. | 0.50 | 525.00 | 262.50 |

| Randall L. Seaver, Trustee | | | Invoice Date: | | March 20, 2025 |
| | | | Invoice Number: | | 822332 |
| | | | Matter Number: | | 66549.000029 |
| | | | Billing Attorney: | | MRB |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/24 | Burton, Matthew R. | Work on discovery requests. | 0.40 | 525.00 | 210.00 |
| 06/05/24 | Kasheimer, Brandi J. | Review/modify subpoena to appear; prepare subpoenas to Walker & Walker and debtor for production of documents; email to client regarding same. | 0.80 | 180.00 | 144.00 |
| 06/07/24 | Kasheimer, Brandi J. | Review client notes and draft letter to N. Hansen regarding unsatisfied requests from debtor. | 0.30 | 180.00 | 54.00 |
| 06/07/24 | Kasheimer, Brandi J. | Review/edit letter to Walker & Walker; prepare acknowledgment of service; modify subpoenas and email to A. Walker. | 0.20 | 180.00 | 36.00 |
| 06/10/24 | Kasheimer, Brandi J. | Finalize letter to N. Hansen and email. | 0.10 | 180.00 | 18.00 |
| 06/13/24 | Burton, Matthew R. | Review new records from Debtor; telephone call with client and email to Hanson. | 0.40 | 525.00 | 210.00 |
| 06/20/24 | Kasheimer, Brandi J. | Prepare letter to N. Hansen regarding the $8,000.81 transfer out of bank account. | 0.20 | 180.00 | 36.00 |
| 06/20/24 | Burton, Matthew R. | Review case issue with Attorney Seaver. | 0.30 | 525.00 | 157.50 |
| 06/21/24 | Burton, Matthew R. | Prepare for call with counsel for Walker and telephone call with client; confer with Susan Stokes and research on Westlaw. | 0.80 | 525.00 | 420.00 |
| 06/28/24 | Burton, Matthew R. | Review message from Susan Stokes regarding subpoena. | 0.10 | 525.00 | 52.50 |
| 07/03/24 | Burton, Matthew R. | Correspond with court regarding hearing and mediation. | 0.20 | 525.00 | 105.00 |
| 07/08/24 | Burton, Matthew R. | Correspond with Susan Stokes regarding subpoena. | 0.10 | 525.00 | 52.50 |
| 07/10/24 | Burton, Matthew R. | Review motions related to subpoena. | 0.20 | 525.00 | 105.00 |
| 07/10/24 | Kasheimer, Brandi J. | Review of filings by Walker & Walker; email to Walker's counsel S. Stokes requesting clarification on appearance requirements for hearing. | 0.20 | 180.00 | 36.00 |
| 07/10/24 | Muth, Rainey C. | Examine mediation efforts and documentation to date for purposes of preparing for upcoming hearing on the motion to quash subpoena. | 1.00 | 300.00 | 300.00 |
| 07/11/24 | Muth, Rainey C. | Research preference claim against unperfected liens on debtor's property; prepare adversary complaint against IRS. | 2.30 | 300.00 | 690.00 |
| 07/12/24 | Burton, Matthew R. | Confer with client and Rainey Muth regarding IRS complaint. | 0.30 | 525.00 | 157.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Randall L. Seaver, Trustee** | | | Invoice Date:<br>Invoice Number:<br>Matter Number:<br>Billing Attorney: | | March 20, 2025<br>822332<br>66549.000029<br>MRB |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/24 | Muth, Rainey C. | Research preference claims regarding unperfected liens; prepare adversary complaint against the IRS. | 2.60 | 300.00 | 780.00 |
| 07/15/24 | Burton, Matthew R. | Work on mediation statement and edit IRS complaint; respond to motion to quash. | 2.20 | 525.00 | 1,155.00 |
| 07/15/24 | Kasheimer, Brandi J. | Work on confidential mediation statement. | 0.40 | 180.00 | 72.00 |
| 07/16/24 | Kasheimer, Brandi J. | Prepare confidential mediation statement enclosures; finalize statement; coordinate delivery to US Bankruptcy Court. | 0.20 | 180.00 | 36.00 |
| 07/17/24 | Burton, Matthew R. | Work on subpoena objection response. | 0.50 | 525.00 | 262.50 |
| 07/18/24 | Muth, Rainey C. | Examine motions to quash subpoenas; prepare response to motion to quash subpoena; prepare for upcoming hearing regarding the same. | 1.40 | 300.00 | 420.00 |
| 07/19/24 | Burton, Matthew R. | Review and respond to Hansen email and converse with client regarding same. | 0.50 | 525.00 | 262.50 |
| 07/22/24 | Burton, Matthew R. | Work on IRS complaint; correspond with court and client regarding mediation. | 1.30 | 525.00 | 682.50 |
| 07/23/24 | Burton, Matthew R. | Prepare for and attend mediation; correspondence with Judge Fisher. | 5.30 | 525.00 | 2,782.50 |
| 07/24/24 | Burton, Matthew R. | Draft settlement agreement and circulate. | 1.00 | 525.00 | 525.00 |
| 07/26/24 | Burton, Matthew R. | Work on finalizing settlement. | 0.20 | 525.00 | 105.00 |
| 07/30/24 | Kasheimer, Brandi J. | Follow up with OC on settlement status. | 0.10 | 180.00 | 18.00 |
| 07/31/24 | Kasheimer, Brandi J. | Acknowledge receipt of executed Settlement Agreement from OC; review agreement and prepare motion for court approval. | 0.50 | 180.00 | 90.00 |
| 08/07/24 | Burton, Matthew R. | Work on finalizing settlement. | 0.10 | 525.00 | 52.50 |
| 08/28/24 | Kasheimer, Brandi J. | Receipt of settlement payment; email to client and Debtor's attorney regarding the same. | 0.10 | 180.00 | 18.00 |
| 01/07/25 | Kasheimer, Brandi J. | Review file and prepare final fee application; request account statement and prepare exhibits. | 1.00 | 180.00 | 180.00 |
| 01/07/25 | Burton, Matthew R. | Work on final fee app. | 0.50 | 525.00 | 262.50 |
| | | **Total** | 93.00 | | **$38,539.00** |

**Randall L. Seaver, Trustee**

| | | Invoice Date: | March 20, 2025 |
|---|---|---|---|
| | | Invoice Number: | 822332 |
| | | Matter Number: | 66549.000029 |
| | | Billing Attorney: | MRB |

**Disbursements**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---:|
| 12/19/23 | VERITEXT CORP - Cash Disbursement - Transcript of 341 meeting | 222.00 |
| 12/20/23 | Computer Name Search | 304.06 |
| 01/24/24 | Postage expense re 2024-01-23 MRB Ltr to Debtor and Counsel serving Motion to Compel ($2.11 x 3 mailings) | 6.33 |
| 01/30/24 | VERITEXT CORP - Cash Disbursement - Transcript of continued 341 meeting | 150.00 |
| 02/06/24 | Postage expense re 2024-02-05 MRB Ltr to Interested Parties serving Motion for Examination of Entities ($2.35 x 3 mailings) | 7.05 |
| 02/06/24 | Postage expense re 2024-02-06 MRB Ltr to USPS serving Turnover Motion ($.64 x 3 standard mailings and $8.93 x 3 certified mailings) | 28.71 |
| 02/06/24 | Postage expense re 2024-02-06 MRB Ltr to Anytime Mailbox serving Turnover Motion ($.88 x 1 mailing) | 0.88 |
| 02/23/24 | Postage expense re 2024-02-20 MRB Ltr to Debtor and Counsel serving Memorandum in Support of ($1.87 x 4 mailings) | 7.48 |
| 02/23/24 | Postage expense re 2024-02-23 MRB Ltr to USPS reserving Turnover Motion ($.64 x 1 standard mailings and $8.93 x 1 certified mailings) | 9.57 |
| 03/04/24 | Orbit Systems and Solutions - Cash Disbursement - Image | 7.00 |
| 03/05/24 | Orbit Systems and Solutions - Cash Disbursement - Image | 2.00 |
| 03/05/24 | Orbit Systems and Solutions - Cash Disbursement - Cert of title | 10.00 |
| 04/09/24 | $32.90- Postage expense re 2024-04-09 MRB Ltr to Interested Parties serving Motion Objecting to a Claimed Exemption ($8.00 x 2 MN mailings and $8.45 x 2 NM mailings) | 32.90 |
| | **Total** | **$787.98** |