# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## MINNEAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| CLINTON CURTIS LUGERT | § § | Case No. 23-42431 |
| Debtor | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/16/2023. The undersigned trustee was appointed on 11/16/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 41,731.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4.98 |
| Bank service fees | 271.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 41,454.55 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/08/2024 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,923.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $4,923.10, for a total compensation of $4,923.10[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $275.14, for total expenses of $275.14[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/23/2025            By: /s/RANDALL L. SEAVER
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-42431 WJF | Judge: | William J. Fisher | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|---|
| Case Name: | CLINTON CURTIS LUGERT | | | Date Filed (f) or Converted (c): | 11/16/2023 (f) |
| | | | | 341(a) Meeting Date: | 12/14/2023 |
| For Period Ending: | 04/23/2025 | | | Claims Bar Date: | 07/08/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOT 5, BLOCK 2, "BROOKLINE ADDITION", VILLAGE OF EDINA, HENNEPIN COUNTY, MINNESOTA. 5716 XERXES AVE S MINNEAPOLIS, MN 55410-2639 HENNEPIN | 261,250.00 | 21,178.00 | | 21,178.00 | FA |
| 2. 2010 SACH MADASS -BIKE SACHS MADASS MILEAGE: 600 PRIMARY VEHICLE IN MEXICO | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. TYPICAL HOUSEHOLD GOODS AND FURNISHING, WITH NO ONE ITEM OVER $650. | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. CELL PHONE - GOOGLE PIXEL 6A = 160 COMPUTER - WORK COMPUTER AND PHONE UTILIZED AS TOOLS OF THE TRADE. LAPTOP = 3000 AND EXTERNAL MONITOR AND HARD DRIVES AND MISC TOOLS FOR VIDEO EDITING = 2500 | 5,500.00 | 0.00 | | 0.00 | FA |
| 5. PREPAID RENT SAN MIGUEL LEASE | 2,505.99 | 2,481.07 | | 2,481.07 | FA |
| 6. NORMAL WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY: WEDDING BAND AND MISC COSTUME JEWELRY IS ALL, NO PRECIOUS METALS OR STONES. | 40.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) OR SIMILAR PLAN: AMERIPRISE, SEP IRA | 10,001.00 | 0.00 | | 10,000.00 | FA |
| 9. IRA: AMERIPRISE, ROLLOVER IRA | 43,641.00 | 0.00 | | 0.00 | FA |
| 10. IRA: AMERIPRISE, ROTH IRA | 9,700.00 | 0.00 | | 0.00 | FA |
| 11. SECURITY DEPOSIT SAN MIGUEL LEASE | 2,530.00 | 2,530.00 | | 2,224.93 | FA |
| 12. 2022 FEDERAL TAX REFUND OWED TO DEBTOR, DEBTOR OWES TAXES AND WILL OWE FOR THIS YEAR, NO REFUND EXPECTED. | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2022 MINNESOTA INCOME TAX REFUND OWED TO DEBTOR, DEBTOR OWES TAXES AND WILL OWE FOR THIS YEAR, NO REFUND EXPECTED. | 0.00 | 0.00 | | 0.00 | FA |
| 14. HIRED BUT UNEARNED CONTRACTS FOR FUTURE WORK, ACCOUNTS RECEIVABLE, WORK NOT STARTED, OPEN FUTURE CONTRACTS FOR WORK. | 5,800.00 | 0.00 | | 0.00 | FA |
| 15. PREPAID RENT HENAH REAL ESTATE SEPARATED NON-DEBTOR SPOUSE RENT. DEBTOR NOT ON LEASE. | 0.00 | 0.00 | | 0.00 | FA |
| 16. PREPAID RENT: CAMERON & ELLEN SHIPPIT | 2,200.00 | 3,000.00 | | 3,000.00 | FA |
| 17. HSBC CHECKING ACCT #6216 | 100.00 | 100.00 | | 100.00 | FA |
| 18. US BANK PERSONAL CHECKING #8743 | 100.00 | 100.00 | | 100.00 | FA |
| 19. US BANK BIZ CHECKING ACCT | 40.00 | 40.00 | | 40.00 | FA |
| 20. WINGS BIZ CHECKING ACCT #138 | 48.00 | 48.00 | | 48.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-42431 | WJF | Judge: | William J. Fisher | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | CLINTON CURTIS LUGERT | | | | Date Filed (f) or Converted (c): | 11/16/2023 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2023 |
| For Period Ending: | 04/23/2025 | | | | Claims Bar Date: | 07/08/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. WINGS HOUSEHOLD CHECKING ACCT #572 | 0.00 | 0.00 | | 0.00 | FA |
| 22. WINGS PERSONAL CHECKING ACCT #357 | 284.00 | 284.00 | | 284.00 | FA |
| 23. WINGS SAVINGS ACCT #664 | 5.00 | 0.00 | | 0.00 | FA |
| 24. CAPITAL ONE REFUND | 250.00 | 250.00 | | 250.00 | FA |
| 25. A/R- CONTRACTS FOR WORK | Unknown | 0.00 | | 0.00 | FA |
| 26. LEASE PAYMENTS DUE ON 5716 XERXES AV S, EDINA | 13,680.00 | 2,025.00 | | 2,025.00 | FA |
| 27. 2023 FED AND MN INCOME TAX REFUNDS | 0.00 | 0.00 | | 0.00 | FA |
| 28. 2023 PROPERTY TAX REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets | |
| TOTALS (Excluding Unknown Values) | $362,974.99 | $32,036.07 | | $41,731.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

STATE EXEMPTIONS.  TAX REFUNDS.
LITIGATION PENDING OVER EXEMPTION CLAIMS.

Initial Projected Date of Final Report (TFR): 01/01/2025     Current Projected Date of Final Report (TFR): 04/15/2025

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit B |
|---|---|---|
| Case No: 23-42431 | Trustee Name: RANDALL L. SEAVER | |
| Case Name: CLINTON CURTIS LUGERT | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX8768 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1289 | Blanket Bond (per case limit): $27,459,000.00 | |
| For Period Ending: 04/23/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/24 | | US BANK CASHIER'S CHECK | NON-EXEMPT ASSETS | | $4,706.00 | | $4,706.00 |
| | | | Gross Receipts $4,706.00 | | | | |
| | 5 | | PREPAID RENT SAN MIGUEL LEASE $2,481.07 | 1122-000 | | | |
| | 11 | | SECURITY DEPOSIT $2,224.93 | 1129-000 | | | |
| 07/05/24 | 2001 | International Sureties, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | 2024 BOND PREMIUM BOND#612418760 | 2300-000 | | $4.98 | $4,701.02 |
| 07/19/24 | 26 | NORTHPATH PROPERTY MANAGEMENT 3530 SKYCROFT DRIVE MPLS, MN 55418 | MPLS HOME RENT | 1122-000 | $2,025.00 | | $6,726.02 |
| 07/22/24 | 2002 | UNITED STATES BANKRUPCY COURT, CLERK | ADVERSARY FILING FEE | 2700-000 | | $350.00 | $6,376.02 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.77 | $6,370.25 |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.42 | $6,362.83 |
| 09/05/24 | | THOMAS F MILLER PA CLIENT TRUST - IOLTA 1000 SUPERIOR BLVD, STE 303 WAYZATA, MN 55391 | SETTLEMENT PAYMENT | | $35,000.00 | | $41,362.83 |
| | | | Gross Receipts $35,000.00 | | | | |
| | 1 | | LOT 5, BLOCK 2, "BROOKLINE ADDITION", VILLAGE OF EDINA, HENNEPIN COUNTY, MINNESOTA. 5716 XERXES AVE S MINNEAPOLIS, MN 55410-2639 HENNEPIN $21,178.00 | 1110-000 | | | |
| | 8 | | 401(K) OR SIMILAR PLAN: AMERIPRISE, SEP IRA $10,000.00 | 1129-000 | | | |
| | 16 | | PREPAID RENT: CAMERON & ELLEN SHIPPIT $3,000.00 | 1121-000 | | | |
| | | | Page Subtotals: | | $41,731.00 | $368.17 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit B |
|---|---|---|
| Case No: 23-42431 | Trustee Name: RANDALL L. SEAVER | |
| Case Name: CLINTON CURTIS LUGERT | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX8768 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1289 | Blanket Bond (per case limit): $27,459,000.00 | |
| For Period Ending: 04/23/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 17 | | HSBC CHECKING ACCT #6216 $100.00 | 1129-000 | | | |
| | 18 | | US BANK PERSONAL CHECKING #8743 $100.00 | 1129-000 | | | |
| | 19 | | US BANK BIZ CHECKING ACCT $40.00 | 1129-000 | | | |
| | 20 | | WINGS BIZ CHECKING ACCT #138 $48.00 | 1129-000 | | | |
| | 22 | | WINGS PERSONAL CHECKING ACCT #357 $284.00 | 1129-000 | | | |
| | 24 | | CAPITAL ONE REFUND $250.00 | 1129-000 | | | |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.60 | $41,328.23 |
| 10/24/24 | 2002 | UNITED STATES BANKRUPCY COURT, CLERK | ADVERSARY FILING FEE Reversal | 2700-000 | | ($350.00) | $41,678.23 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.02 | $41,632.21 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.48 | $41,587.73 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.92 | $41,541.81 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.87 | $41,495.94 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.39 | $41,454.55 |

| | | |
|---|---|---|
| COLUMN TOTALS | $41,731.00 | $276.45 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,731.00 | $276.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,731.00 | $276.45 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | ($91.72) |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8768 - Checking | $41,731.00 | $276.45 | $41,454.55 |
| | $41,731.00 | $276.45 | $41,454.55 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $41,731.00 |
| Total Gross Receipts: | $41,731.00 |

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 23-42431     Date: April 23, 2025
Debtor Name: CLINTON CURTIS LUGERT
Claims Bar Date: 7/8/2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RANDALL L. SEAVER<br>RANDALL L. SEAVER, CHAPTER 7 TRUSTEE<br>P.O. BOX 1167<br>BURNSVILLE, MN 55337-2572 | Administrative | | $0.00 | $4,923.10 | $4,923.10 |
| 100 2200 | RANDALL L. SEAVER<br>RANDALL L. SEAVER, CHAPTER 7 TRUSTEE<br>P.O. BOX 1167<br>BURNSVILLE, MN 55337-2572 | Administrative | | $0.00 | $275.14 | $275.14 |
| 100 3210 | MOSS & BARNETT<br>150 SOUTH 5TH STREET<br>SUITE 1200<br>MPLS, MN 55402 | Administrative | | $0.00 | $30,000.00 | $30,000.00 |
| 100 3220 | MOSS & BARNETT<br>150 SOUTH 5TH STREET<br>SUITE 1200<br>MPLS, MN 55402 | Administrative | | $0.00 | $787.98 | $787.98 |
| 1 280 5800 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-734 | Priority | | $0.00 | $27,036.73 | $27,036.73 |
| 1A 300 7100 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $52,746.16 | $52,746.16 |
| 4 300 7100 | WINGS FINANCIAL CREDIT UNION<br>14985 GLAZIER AVENUE<br>SUITE 100<br>APPLE VALLEY, MN 55124 | Unsecured | | $0.00 | $4,944.47 | $4,944.47 |
| 5 300 7100 | Capital One N.A.<br>By American Infosource As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $5,022.68 | $5,022.68 |
| 6 300 7100 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Unsecured | | $0.00 | $2,345.39 | $2,345.39 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 23-42431  
Debtor Name: CLINTON CURTIS LUGERT  
Claims Bar Date: 7/8/2024

Date: April 23, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | Amex Trs Co., Inc.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $271.61 | $271.61 |
| 8<br>300<br>7100 | Jefferson Capital Systems Llc<br>Po Box 7999<br>St Cloud Mn 56302 | Unsecured | | $0.00 | $1,659.87 | $1,659.87 |
| 9<br>300<br>7100 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $5,469.53 | $5,469.53 |
| 3<br>400<br>4110 | WINGS FINANCIAL CREDIT UNION<br>14985 GLAZIER AVENUE<br>SUITE 100<br>APPLE VALLEY, MN 55124 | Secured | | $0.00 | $331,908.90 | $331,908.90 |
| | Case Totals | | | $0.00 | $467,391.56 | $467,391.56 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-42431
Case Name: CLINTON CURTIS LUGERT
Trustee Name: RANDALL L. SEAVER

Balance on hand $ 41,454.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | WINGS FINANCIAL CREDIT UNION | $ 331,908.90 | $ 331,908.90 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 41,454.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDALL L. SEAVER | $ 4,923.10 | $ 0.00 | $ 4,923.10 |
| Trustee Expenses: RANDALL L. SEAVER | $ 275.14 | $ 0.00 | $ 275.14 |
| Attorney for Trustee Fees: MOSS & BARNETT | $ 30,000.00 | $ 0.00 | $ 30,000.00 |
| Attorney for Trustee Expenses: MOSS & BARNETT | $ 787.98 | $ 0.00 | $ 787.98 |

Total to be paid for chapter 7 administrative expenses $ 35,986.22

Remaining Balance $ 5,468.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,036.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 27,036.73 | $ 0.00 | $ 5,468.33 |
| | Total to be paid to priority creditors | | | $ 5,468.33 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $72,459.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Internal Revenue Service | $ 52,746.16 | $ 0.00 | $ 0.00 |
| 4 | WINGS FINANCIAL CREDIT UNION | $ 4,944.47 | $ 0.00 | $ 0.00 |
| 5 | Capital One N.A. | $ 5,022.68 | $ 0.00 | $ 0.00 |
| 6 | Citibank N.A. | $ 2,345.39 | $ 0.00 | $ 0.00 |
| 7 | Amex Trs Co., Inc. | $ 271.61 | $ 0.00 | $ 0.00 |
| 8 | Jefferson Capital Systems Llc | $ 1,659.87 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | AMERICAN EXPRESS NATIONAL BANK | $ 5,469.53 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE